**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 399 MAL 2020

               Respondent           :

                                        :   Petition for Allowance of Appeal

                                        :   from the Order of the Superior Court

            v.                    :

                                        :

HECTOR LUIS GONZALEZ,            :

               Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.